Virginia Department of Corrections

**Grievance Receipt**

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Fleming, T J

Report run on 09/30/2024 at 10:14 AM

Exhibit A (pg.1)

Grievance Number: <u>KMCC-24-REG-00082</u>

Written Grievance Number: <u>KMCC-24-WRI-01601</u>

Next Action Date: <u>09/07/2024 12:00 AM</u>

| On this date: | 08/08/2024 | | I have received a statement from: |
|---|---|---|---|
| Braxton, Jaqwail V | 1807218 | of | Keen Mountain Correctional Center B-1-102-T |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Grievance regarding incident between Lt. Blankenship and K9 Handler D. Casey | | | |
| | | | |
| *(Signature)* | | | *(Title)* |

Exhibit A(pg.2)

10/21/24          Wallens Ridge State Prison

Certificate of Service

I swear under the penalty of perjury that I Jaqwail Vakeith Braxton did send as outgoing mail, from Wallens Ridge State Prison (cell B1-102), On the date of ~~September~~ October 21, 2024 a copy of the Attached Grievance Form to the following recipient:

Department of Corrections Western Regional Office
Regional Ombudsman
3313 Plantation Road, N.E.
Roanoke, VA 24012

Sincerely,
Jaqwail V. Braxton
N Braxton

State of: VA
County of: Wise
The foregoing instrument was acknowledged
before me 28 day of October 2024

Your Name Here, Notary Public
My Commission Expires 4/30/26


TYLER SHANE
COMMONWEALTH
REGISTRATION NO.
7992203
MY COMM. EXPIRES
04/30/2026
OF VIRGINIA
NOTARY PUBLIC



VIRGINIA
DEPARTMENT OF CORRECTIONS    Exhibit A (pg.3)    Regular Grievance 866_F1_4-24

## Regular Grievance    Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Braxton, Jaqwail | 1807218 | B1-102 |
|---|---|---|
| **Inmate Name (Last Name, First)** | **Inmate Number** | **Housing Assignment** |

Lt. M. Blankenship, Canine Officer D. Casey          7/21/24    /    6:45 PM
**Individuals Involved in Incident:**                      **Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one)

- ☐ / *Written-Complaint #* _____ on this issue attached.
- ☑ Other documentation used to satisfy the informal complaint process is attached.
- ☐ Informal complaint process is not required for this issue.

**Explain Your Issue:**    (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

Grievance #: KMCC-24-REG-00082 (receipt attached)

I still have not received a response to my KMCC-24-REG-00082 grievance to which a response was due by 9/7/24. I have been notified by the WRSP Institutional Ombudsman on 10/1/24 that no grievance response has been submitted (WRSP-24-WRI-06083) thus violating Operational Procedure 866.1 (section F, #2) because I was Never issued a Grievance Continuance Receipt. This is my second attempt at submitting this document, my first was on 9/30/24 (The same day I received my property - from KMCC).

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

I Just want the truth to be acknowledged. Then Justice be Served.

J Braxton                                          10/21/24
**Inmate Signature**                                **Date**

Febuary /7th/2025        *Exhibit B(pg.1)*
*CERTIFICATE OF SERVICE*
Whom it may Concern,

I Jaqwail VaKeith Braxton #1807218, Swear
under the penalty of perJury that I did submit the
following (Attached) documents, through institutional
mail at Wallens Ridge State Prison #on the date of
Febuary #7,2025 ___ to be mail to the following recipient:

Western Regional Office
Regional Ombudsman
3313 Plantation Road, N.E.
Roanoke, Virginia 24012

Sincerely,
Jaqwail V. Braxton #1807218
JJBraxton



State of: V/A
County of: WIJ<
The foregoing instrument was acknowledged
before me 2⁴ day of Feb , 2025
Your Name Here, Notary Public
My Commission Expires 4/30/26

TYLER SHANE OWENS
COMMONWEALTH
REGISTRATION NO.
7992203
MY COMM. EXPIRES
04/30/2026
OF VIRGINIA
NOTARY PUBLIC

\* Exhibit B (pg. 2) \*

Febuary 7, 2025

Western Regional Office
Regional Ombudsman
3313 Plantation ~~Ma~~ Road, N.E.
Roanoke, Virginia 24012

Regional Ombudsman (C. Meade),

You sent me a copy of the attached correspondense on October 18, 2024. I still as of today have not received a response to either grievance filed (~~KMCC~~ KMCC-24-REG-00104 and KMCC-24-REG-00095), I have attached copies of all my attempts to acquire the aforemetioned responses, to no avail. I have exhausted every foreseeable remedy, may you please send me the responses, if they exist, of the aforementioned responses?
Thank you and have a blessed day.

Sincerely,
Jaqwail V. Broxton #1807218
JBroxton

State of: __VA__
County of: __WISE__
The foregoing instrument was acknowledged before me _25_ day of _Feb_, _2025_

_____
Your Name Here, Notary Public
My Commission Expires __4/30/26__

TYLER SHANE OWENS
COMMONWEALTH
REGISTRATION NO.
7992203
MY COMM. EXPIRES
04/30/2026
OF VIRGINIA
NOTARY PUBLIC



*Exhibit B (pg.3)*

# COMMONWEALTH OF VIRGINIA

**Department of Corrections**
*Division of Field Operations*
*Western Regional Office*

Gregory L. Holloway
Regional Operations Chief

3313 Plantation Road, N.E.
Roanoke, Virginia 24012
(540) 561-7050

MEMORANDUM

DATE:       October 18, 2024

TO:         Jaqwail Braxton #1807218
            Wallens Ridge State Prison

FROM:       C. Meade
            Regional Ombudsman

RE:         Complaint Responses


I have received your correspondence regarding two Regular Grievance that you claim you have not received a response to. The first **KMCC-24-REG-00095** has a continuance placed on it and the new next action date is **10/22/2024.** I have included a copy of the continuance receipt, It is not signed due to it being a copy. The second **KMCC-24-REG-00104** was responded to and returned to you on **10/10/2024.** Due to you being housed at WRSP it would have been mailed from KMCC through the US Postal Service. The mail has been slow lately and you should be receiving your response any day. If you do not receive your response within the next week, you may submit a Facility Request to WRSP Facility Ombudsman and she can request a copy from KMCC.I have attached a copy of the Level I response sheet, again this is a copy and is not sign due to being a copy. The use of a Regular Grievance is not needed when you submit correspondence to the Regional Office.



Virginia Department of Corrections

## Grievance Continuance Receipt

*Exhibit B (pg. 4)*

DOC Location: KMCC Keen Mountain
Correctional Center

Report generated by Hardin, H

Report run on 09/240/2024 at 10:01 AM

B102

Grievance Number: KMCC-24-REG-00095

Written Grievance Number: KMCC-24-WRI-01600

Next Action Date: 10/22/2024 12:00 AM

## Continuance

| Level | Due Date | Reason | By |
|-------|----------|--------|-----|
| 1 | 10/22/2024 | Awaiting information | Hardin, Haley |
| 2 | | | |
| 3 | | | |

On this date:   08/23/2024   I have received a statement from:

Braxton, Jaqwail V                1807218   of   Keen Mountain Correctional Center
*(Offender Name and DOC#)*

B-1-102-T

*(Filed Location and Housing)*

Setting out the following complaint:

Grievance regarding incident regarding staff and medical care.

_____
*(Signature)*

_____
*(Title)*

Page 1 of 1



**VIRGINIA**
**DEPARTMENT OF CORRECTIONS**
RECEIVED GRIEVANCE DEPT.

Regular Grievance 866_F1_4-24

DEC 13 2024    **Regular Grievance**    Log Number: _____

＊ Exhibit B (pg.5) ＊

**Instructions for Filing:**
WALLENS RIDGE STATE PRISON

- You must first attempt to resolve your complaint through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Braxton, Jaqwail | 1807218 | B1-102 |
|---|---|---|
| **Inmate Name (Last Name, First)** | **Inmate Number** | **Housing Assignment** |

12/13/24    /    6:30PM
**Date/ Time of Incident**

**Individuals Involved in Incident:**

**Results of the Informal Complaint Process** (Select one)

☑ *Written Complaint #* WRSP-24-WRI-08149 on this issue attached.
☐ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I have never received copies of the ~~proven~~ Complaint/Grievance Forms mentioned but ~~still~~ it has been put in my file that I did receive them, this has been a reaccuring issue in regards to grievances I filed, while in KMCC. I do not have any Idea if this facility has ~~knowledge~~ knowledge of such but I was housed at this facility, at the time that both of these alleged deliveries took place. If WRSP has a record of reception of said documents I would like to see a copy, because the documents was Never given to me.

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

I would like for video footage to be reviewed, receipt or copies of documents that proves WRSP received the documents from KMCC and delivered them to me.

JBraxton
**Inmate Signature**    12/13/24
**Date**

Virginia Department of Corrections    Partial



VIRGINIA
DEPARTMENT OF CORRECTIONS

Facility Request 801_F3_2-22

## Facility Request *Exhibit B(pg.6)*

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Jaqwail Braxton        DOC Number: 1807218
Housing Unit  B1-102        Date: 2/5/25
To: _____  or  Grievance (KMCC)
    Staff Member Name                 Department

Request For:  ☐ Appointment  ☐ Information  ☑ Services  Other: _____

Summary (Please Print): WRSP-24-WRI-08149 states that I was sent a copy of KMCC-24-REG-00095 on 10-27-24, I never received it. May you please send me the result of that.

Copy 1 of 2 (Submitted on Sgt. Body Camera)

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No        Date _____
Request was rerouted to: _____
Inmate seen ☐ Yes ☐ No
Response: _____

I don't have access to KMCC. You will have to contact them as stated on WRSP-24-WRI-08149.

Violarandt
Staff Respondent Name

2/7/25
Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS        Revision Date: 2/15/22

VIRGINIA
DEPARTMENT OF CORRECTIONS *Exhibit B (pg. 7)*                    Written Complaint 866_F3_4-24
~~RECEIVED GRIEVANCE DEPT.~~                                     ~~RECEIVED GRIEVANCE DEPT.~~

**Written Complaint**

**Instructions for filing:**    DEC 13 2024

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.    DEC 1 2 2024
- You must explain your issue in the space provided below, preferably in ink.    WALLENS RIDGE STATE PRISON
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Inmate Name: Jaqwail Braxton    Inmate Number: 1807218    Housing Assignment: B1-102

Individuals Involved in Incident: Grievance Coordinator    Date/ Time of Incident: 12/11/24 / 10:00 AM

TO: Grievance Coordinator
(You must address your issue to institutional staff or an institutional department)

In the space provided explain your issue (be specific):

May you please send me the most recent responses to ~~KMCC-REG-0010~~ and KMCC-24-REG-00104 and KMCC-24-REG-00095 because the regional ombudsmen said they were sent to me (said this a while ago) I still have not received ~~either one~~ either one.

Also can you send me 6 written complaints... Thank you.

Inmate Signature: N Braxton    Date: 12/14/24

**Inmates - Do Not Write Below This Line**

Date Received: 12-12-24    Response Due: 12-27-24    Log Number: WRSP-24-WRI-08149
Assigned to: Grievance

**Action Taken/Response:**

Mr. Braxton, I can see that KMCC Reg 00104 was sent to you on 12-15-24 and KMCC REG 00095 was sent to you on 12-27-24. If you need copies of these you will have to write a request to KMCC for them I have attached a form for you to fill out, if you would like send it back to me and I will email it for you. I have also attached the form you requested.

Respondent's Signature: J. Fleming    Printed Name and Title/Date: 12-12-24

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

Inmate Signature: _____    Date: _____

Staff Witness: _____    Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS    Revision Date: 4/11/24



VIRGINIA
DEPARTMENT OF CORRECTIONS
~~RECEIVED GRIEVANCE DEPT.~~

*Exhibit B(pg.8)*    Written Complaint 866_F3_4-24

~~RECEIVED GRIEVANCE DEPT.~~

## Written Complaint

**Instructions for filing:**

DEC 13 2024                                    DEC 12 2024

WALLENS RIDGE STATE PRISON          WALLENS RIDGE STATE PRISON

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| | |
|---|---|
| Jaqwail Braxton    1807218 | B1-102 |
| Inmate Name    Inmate Number | Housing Assignment |
| Grievance Coordinator | 12/11/24 / 10:00 AM |
| Individuals Involved in Incident | Date/ Time of Incident |

**TO:** Grievance Coordinator

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

May you please send me the most recent responses to ~~KMCC-REG-00104 and~~ KMCC-24-REG-00104 and KMCC-24-REG-00095 because the regional Ombudsmen said they were sent to me (said this a while ago) I still have not received ~~either one~~ either one.

Also can you send me 6 written complaints... Thank you.

**Inmate Signature:** NBraxton          **Date:** 12/14/24

**Inmates - Do Not Write Below This Line**

**Date Received:** 12-12-24    **Response Due:** 12-27-24    **Log Number:** WRSP-24-WRI-08149
**Assigned to:** Grievance

**Action Taken/Response:**

Mr. Braxton, I can see that Kmcc Reg 00104 was sent to you on 10-15-24 and Kmcc REG 00095 was sent to you on 10-27-24. If you need copies of these you will have to write a request to Kmcc for them. I have attached a form for you to fill out, if you would like send it back to me and I will email it for you. I have also attached the forms and paper requested.

**Respondent Signature:** J. Fleming    **Printed Name and Title:**    **Date:** 12-13-24

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

**Inmate Signature:** _____    **Date:** _____

**Staff Witness:** _____    **Date:** _____



VIRGINIA DEPARTMENT OF CORRECTIONS          *Revision Date: 4/11/24*

Virginia Department of Corrections

**Grievance Receipt**    ~~Part 2~~

~~* Exhibit C (pg. 1 of 3)~~

DOC Location: KMCC Keen Mountain
Correctional Center

Report generated by Deel, B

Report run on 08/30/2024 at 11:34 AM

*\* Exhibit C (pg.1)\**

Grievance Number: <u>KMCC-24-WRI-01895</u>

Next Action Date: <u>09/14/2024 12:00 AM</u>

| On this date: | 08/30/2024 | | I have received a statement from: |
|---|---|---|---|
| Braxton, Jaqwail V | 1807218 | of | Keen Mountain Correctional Center<br>C-2-208-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |

Setting out the following complaint:

Inmate states on 8-22-24 at approx. 8:00 pm I received a copy of my DOC-11H (Report ran on 8/22/2024 at 2:38PM) in institutional mail. Upon a review I noticed that UM C. Dye conducted both my Security Level Review and Transfer Review. Then he himself (UM C. Dye) conducted and approved Administrative Review(s) for both the Transfer Review and Security Level Review that he conducted therefore circumventing the proper procedure so he could approve the Security Level and Transfer recommendation that he himself made (as the ICA Conductor) at my MDT hearing. I fear for my safety after receiving threats from multiple officers, this is a conspiracy to keep me in this region as a Level 5, so I can be harmed.

| | |
|---|---|
| *B. Deel* | |
| *(Signature)* | *(Title)* |

• As of today (2/26/25) I have not received a response to this Grievance.

*J Braxton*
Jaqwail V. Braxton

• Report (above mentioned) ran by:
Jessica Justice (KMCC)
8/22/2024 at 2:38PM



Virginia Department of Corrections

**Grievance Receipt**

DOC Location: KMCC Keen Mountain
Correctional Center

Report generated by Deel, B

Report run on 09/06/2024 at 01:38 PM

_Part 2_

~~* Exhibit C (Pg. 15 of 3)~~

\* Exhibit C (pg. 2)\*

Grievance Number: <u>KMCC-24-WRI-01947</u>

Next Action Date: <u>09/21/2024 12:00 AM</u>

| On this date: | 09/06/2024 | | I have received a statement from: | |
|---|---|---|---|---|
| Braxton, Jaqwail V | | 1807218 | of | Keen Mountain Correctional Center C-2-208-B |
| *(Offender Name and DOC#)* | | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | | |
| Written Complaint regarding MDT Hearing/DOC-11H violation of policy | | | | |
| B. Deel | | | | |
| *(Signature)* | | | *(Title)* | |

• As of today (2/26/25) I have not received a
response to this grievance.

NBraxton
Jaqwail V. Braxton

Virginia Department of Corrections

**Grievance Continuance Receipt**

\* Exhibit C (pg. 3) \*

~~\* Exhibit C, Part 2 (Pg. 2.5 of 3)~~

DOC Location: KMCC Keen Mountain
Correctional Center

Report generated by Harr, H

Report run on 09/03/2024 at 12:48 PM

Grievance Number: KMCC-24-REG-00104

Written Grievance Number:

Next Action Date: 10/11/2024 12:00 AM

## Continuance

| Level | Due Date | Reason | By |
|-------|----------|--------|-----|
| 1 | 10/11/2024 | Awaiting information | Harr, Haley |
| 2 | | | |
| 3 | | | |

On this date: 09/10/2024    I have received a statement from:

Braxton, Jaqwail V          1807218    of    Keen Mountain Correctional Center

*(Offender Name and DOC#)*

D-1-133-B

*(Filed Location and Housing)*

Setting out the following complaint:

Grievance regarding DOC 11 H Form

_Harr_
*(Signature)*

_Grievance_
*(Title)*





# COMMONWEALTH OF VIRGINIA  *Exhibit C(pg4)*

### Department of Corrections
### Division of Field Operations
### Western Regional Office

Gregory L. Holloway
Regional Operations Chief

3313 Plantation Road, N.E.
Roanoke, Virginia 24012
(540) 561-7050

## MEMORANDUM

DATE:          October 18, 2024

TO:            Jaqwail Braxton #1807218
               Wallens Ridge State Prison

FROM:          C. Meade
               Regional Ombudsman

RE:            Complaint Responses


I have received your correspondence regarding two Regular Grievance that you claim you have not received a response to. The first **KMCC-24-REG-00095** has a continuance placed on it and the new next action date is **10/22/2024**. I have included a copy of the continuance receipt, It is not signed due to it being a copy. The second **KMCC-24-REG-00104** was responded to and returned to you on **10/10/2024**. Due to you being housed at WRSP it would have been mailed from KMCC through the US Postal Service. The mail has been slow lately and you should be receiving your response any day. If you do not receive your response within the next week, you may submit a Facility Request to WRSP Facility Ombudsman and she can request a copy from KMCC. I have attached a copy of the Level I response sheet, again this is a copy and is not sign due to being a copy. The use of a Regular Grievance is not needed when you submit correspondence to the Regional Office.


○Also, I received no response to Grievance Number:
KMCC-24-WRI-01895,
Which is relevant to this same issue.


Jaqwail Braxton
Jaqwail V. Braxton
May, 29, 2025 (Big Stone Gap, VA)

\* Exhibit C (pg. 5)\*

~~\* Exhibit C (pg. 2 of 3)\*~~

Febuary 7, 2025

Western Regional Office
Regional Ombudsman
3313 Plantation ~~████~~ Road, N.E.
Roanoke, Virginia 24012

Regional Ombudsman (C. Meade),

You sent me a copy of the attached correspondense on October 18, 2024. I still as of today have not received a response to either grievance filed (~~████~~ KMCC-24-REG-00104 and KMCC-24-REG-00095), I have attached copies of all my attempts to acquire the aforemetioned responses, to no avail. I have exhausted every foreseeable remedy, may you please send me the responses, if they exist, of the aforementioned responses?
Thank you and have a blessed day.

Sincerely,
Jaqwail V. Broxton #1807218
JBroxton

State of: _VA_
County of: _WISE_
The foregoing instrument was acknowledged before me _25_ day of _Feb_ , _2025_

Your Name Here, Notary Public
My Commission Expires _4/30/26_

TYLER SHANE OWENS
COMMONWEALTH
REGISTRATION NO.
7992203
MY COMM. EXPIRES
04/30/2026
OF VIRGINIA
NOTARY PUBLIC

Virginia Department of Corrections

**Grievance Receipt**

\* Exhibit D (pg.1) \*

DOC Location: KMCC Keen Mountain Correctional Center

Report generated by Deel, B

Report run on 09/06/2024 at 01:33 PM

Grievance Number: <u>KMCC-24-WRI-01946</u>

Next Action Date: <u>09/21/2024 12:00 AM</u>

| On this date: | 09/06/2024 | I have received a statement from: | |
|---|---|---|---|
| | | Keen Mountain Correctional Center | |
| Braxton, Jaqwail V | 1807218 | of | C-2-208-B |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* | |

Setting out the following complaint:

Inmate states I just had a mental breakdown. I've continuously asked Mental Health for mood logs or any kind of help that they can provide. I can't sleep at night, I have nightmares about being attacked by C/O's while a dog is biting me, I have flash backs to the day I was attacked by Officers and a K9 at KMCC. Sometimes when I do get sleep I wake up in cold sweats or urinate on myself do to terrifying nightmares. They seem so real. I used to Love dogs, I grew up around dogs, now I'm petrified to even be around 1, I can't imagine me ever volunteering at the ASPCA again or going 2 friend or family members house if they have a dog there. I'm begging you, can you please help because I don't know what to do.

| *B. Deel* | |
|---|---|
| *(Signature)* | *(Title)* |



Virginia Department of Corrections

## Grievance Receipt Report

*Exhibit D (pg.2)*

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Vilbrandt, C S

Report run on 10/18/2024 at 01:53 PM

Grievance Number: <u>WRSP-24-WRI-06824</u>

Next Action Date: <u>11/2/2024 12:00:00 AM</u>

| On this date: | 10/18/2024 | | I have received a statement from: . |
|---|---|---|---|
| Braxton, Jaqwail V | 1807218 | of | Wallens Ridge State Prison<br>B-1-102-T |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* . |
| Setting out the following complaint: . | | | |
| I have been requesting mental health services and help for almost a month. | | | |
| | | | . |
| *(Signature)* | | | |

RECEIVED GRIEVANCE DEPT.

NOV 1 3 2024

WALLENS RIDGE STATE PRISON

Officer Initials: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS *Exhibit D (pg.3)*    Regular Grievance 866_F1_4-24
RECEIVED GRIEVANCE DEPT.

NOV 13 2024    **Regular Grievance**    WRSP-24-
Log Number: REG-007110

**Instructions for Filing:**

- You must first WATERINSTRIDGE STATE PRISON hrough the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Braxton, Jaqwail                1807218              B1-102
**Inmate Name (Last Name, First)**            **Inmate Number**      **Housing Assignment**
Mental Health Dept., Mental Health Supervisor      10/17/24 /@ 10:00 AM (?)
**Individuals Involved in Incident:**                **Date/ Time of Incident**

**Results of the Informal Complaint Process** (Select one)  (copy 1 of 2)
☐ *Written Complaint #* WRSP-24-WRI-06824 on this issue attached.
☑ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

**Explain Your Issue:**   (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I submitted Written Complaint # WRSP-24-WRI-06824,
Concerning the fact that I have made every Attempt possible
to see Mental Health and to receive Mental Health treatment.
I still have Not received any treatment. or Assistance As of
today.
As of today I still have Not received a Response to
Written Complaint # WRSP-24-WRI-06824, My Mental State
has been at a Very fragile State for over a Month and I have
Been Asking — No Begging for treatment to No Avail.

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

I Just Need help, But No One has even tried.
NoOne has come to see Me. Please help.
I Just Want a QMHP to help ~~the~~ me.

J Braxton                    11/12/24
**Inmate Signature**                **Date**

Virginia Department of Corrections

**Offender Grievance Response - Level I**

✳ Exhibit D(pg.4) ✳

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Vilbrandt, C S

Report run on 12/17/2024 at 03:02 PM

---

**Offender Name:** Braxton, Jaqwail V

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Unfounded

**Grievance Number:** WRSP-24-REG-00716

**DOC #**1807218

**Housing:** B-1-102-T

**Finding Reason:**

**Written Grievance Number:** WRSP-24-WRI-06824

---

LEVEL I:   Level 1 Response                    (To be completed and mailed within 30 calendar days)

Grievance Summary: You state you have been requesting mental health services and help for almost a month.

As a result of this grievance, you want a QMHP to help you.

Results of the Written Complaint: Written Complaint was not responded to by the next action date. Inmate filed a Regular Grievance.

An investigation into your Grievance indicates: S. Light states "MHC attempted to see you on 11/14/24 but you would not come to the door. Mental Health will attempt to see you again."

Procedure/Practice: Operating Procedure: 730.1 MHWS: Administration

In accordance with the above information, this grievance is considered UNFOUNDED. No further investigation appears necessary at this time.

---

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:

Health Services Director, PO Box 26963, Richmond, VA  23261-6963

---

Level I Respondent Signature _[signature]_                    Date _12-23-24_

I wish to appeal the Level I response because:

This Attempt to see me on 11/14/24 Never happened - so review camera footage

Offender Signature _JBraxton_                    Date _12/36/24_



Virginia Department of Corrections

**Offender Grievance Response - Level II**

*Exhibit D(pg. 5)*
DOC Location:
Report generated by Tyler, R
Report run on 01/15/2025 at 03:05 PM

*Mental Health Related*

---

**Offender Name:** Braxton, Jaqwail V

**Current Location:** Wallens Ridge State Prison

**Filed:** Wallens Ridge State Prison

**Finding:** Resolvable

**Grievance Number:** WRSP-24-REG-00716

**DOC #**1807218

**Housing:** B-1-102-T

**Finding Reason:**

**Written Grievance Number:** WRSP-24-WRI-06824

---

LEVEL II: (To be completed and mailed within 20 calendar days)

**LEVEL II Response: Health Services Director**

Your grievance appeal and the Level I grievance response has been reviewed. In your grievance, you allege that you have been requesting mental health services and help for almost a month. You want a QMHP to help you.

Based on the information provided and upon further investigation, the Level I response of UNFOUNDED will be OVERTURNED and designated as RESOLVABLE. Mental Health and Wellness Services staff reported they do not have any written requests on file. They are not sure how you requested to be seen. However, you were seen by Mental Health and Wellness Services Staff as well as Psychiatry on December 17, 2024, and have been started on medications as of 1/3/25. Now you are aware of the proper process and can submit a written request to speak to Mental Health Services should the need arise in the future.

**730.2 OP** governs this issue, **Mental Health and Wellness Services: Administration**

If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan. You are encouraged to follow the recommendations of the health care staff as well. No further action is needed from this level. In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.

---

Level II Respondent

Date 1/27/25

---

VIRGINIA
DEPARTMENT OF CORRECTIONS          Laboratory/Diagnostic Test(s) Results

**\*Exhibit E(pg.1)\***

## Laboratory/Diagnostic Test(s) Results

Date: 10/1/24                                                    B102

To: Braxton, Jaqwail                                      1807218
(Print Inmate/CCAP Probationer/Parolee Name and DOC #)

                                                    COPY TO
From:    Medical Department    WRSP              OFFENDER

Subject:   Laboratory/Diagnostic Test(s) Results

Please be advised that your recent laboratory/diagnostic test(s) have been received and reviewed by the facility Medical Practitioner and the following has been recommended for your continued care:

☐ Lab x-ray procedure is within normal limits and or clinically insignificant. The Provider has not ordered a follow up visit.

☐ Lab x-ray/procedure will require further testing/monitoring. You are scheduled to see the Provider.

☐ Lab x-ray/procedure ordered during your chronic care visit will require monitoring. The Provider has ordered repeat/additional testing prior to your next chronic care appointment.

Medical Staff (Print Name)                    H-Smith MD              Date

Medical Staff (Signature)

1) No Hep C

2) Prostate test = Normal

3) Blood in urine will Discuss (Minor)

VIRGINIA DEPARTMENT OF CORRECTIONS                    Revision Date: 9/14/2021

*[Left margin handwritten note:]* JB (1/30/2025) Shows I have been Urinating blood, After 7/31/2025 Incident. My Medical records show I only had this issue after Incident.

*[Bottom handwritten note:]* → Also shows I have been complaining about Injuries, which negates facilities comments saying 1/26/2025 was my first time raising this issue and that I was not personally affected.

VIRGINIA
DEPARTMENT OF CORRECTIONS                  Laboratory/Diagnostic Test(s) Results

**Exhibit E (pg.2)**

## Laboratory/Diagnostic Test(s) Results

Date: 10-14-24                                                      B102

To: Braxton, Jaquail  # 1807218
(Print Inmate/CCAP Probationer/Parole Name and DOC #)

From:  Medical Department

COPY TO
OFFENDER

Subject:  Laboratory/Diagnostic Test(s) Results

Please be advised that your recent laboratory diagnostic test(s) have been received and reviewed by the facility Medical Practitioner and the following has been recommended for your continued care:

☐ Lab/x-ray/procedure is within normal limits and/or clinically insignificant. The Provider has not ordered a follow up visit.

☐ Lab/x-ray/procedure will require further testing/monitoring. You are scheduled to see the Provider.

☐ Lab/x-ray/procedure ordered during your chronic care visit will require monitoring. The Provider has ordered repeat/additional testing prior to your next chronic care appointment.

_____
Medical Staff (Print Name)                                          Date

_____
Medical Staff (Signature)

*Exhibit E (pg.3)*

Febuary, 4, 2025

Received Level 2 Response

FEB 14 2025

Wallens Ridge State Prison

Western Regional Office
Regional Ombudsman
3313 Plantation Road N.E
Roanoke, VA 24012

Regional Ombudsman,

I submitted the attached written complaints and Regular Grievance forms. The Institutional Ombudsman declined intake because he/she said I did not identify how I was "Personally Affected" also he/she said I have submitted zero medical requests — This is not true I have submitted multiple request pretaining to this issue, and my Medical Record will reflect that. (see; Attached Facility Request Dated: 1/14/25).

Please review my medical record and you'll see that I consistantly have been writting medical requests and that the Institutional Ombudsman was misinformed or something. I went to medical multiple times when I 1st arrived, got urineanlyst (urine test), seen the doctor and was told I would be sent out to see a specialist in October, That Never happened. Which is the reason for me filling this complaint.

VIRGINIA
DEPARTMENT OF CORRECTIONS                                        Facility Request  801_F3.2-22

## Facility Request  *Exhibit E(pg.4)*

Please print your name, DOC number, housing assignment and a brief summary of your request in the space provided below and place this form in appropriate facility mailbox for delivery through the facility mail. Staff may return your request unanswered or reroute your request to the appropriate department or individual if you submitted your request to the wrong department or individual or if you sent duplicate requests to the same or multiple departments or individuals.

Name: Jaqwail Braxton                                    DOC Number: 1807218

Housing Unit  B1-102                          Date: 1/14/25

To: Doctor                                    or  Medical
    Staff Member Name                                  Department

Request For: ☑ Appointment   ☐ Information   ☑ Services   Other: _____

Summary (Please Print): The doctor came to my pod today and I inquired again about me urinating blood. This injury is worsening, it is overtime becoming progressively more intensely painful. When I urinate. Can you please prescribe something for the pain. Doctor said over a month ago that this was a serious issue and I need to see a specialist ASAP, I have not had any medical attention concerning this issue or any other issues, within the last month.

**Do not attach additional pages and do not write below this line**

### Facility Response

Request sent to correct department ☐ Yes ☐ No
Request was rerouted to: _____                    Date _____

Inmate seen ☐ Yes ☐ No
Response:

RECEIVED BY
JAN 15 2025
WRSP MEDICAL DEPT

WRSP MEDICAL DEPT.
JAN 15 2025
RECEIVED BY

Your on Nurses
list

Staff Respondent Name  A. Brewer                       1-15-25
                                                       Date of Response

VIRGINIA DEPARTMENT OF CORRECTIONS

                                              Revision Date: 2/15/22

VIRGINIA
DEPARTMENT OF CORRECTIONS **# Exhibit E(pg. 5) #**    RI· **Written Complaint** 866_F3_4-24

## Written Complaint

FEB 0 4 2025

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Received Level 2 Response

FEB 14 2025

Wallens Ridge State Prison

| Inmate Name | Inmate Number | Housing Assignment |
|---|---|---|
| Jaqwail Braxton | 1807218 | B1-102 |

Institutional Ombudsman

**Individuals Involved in Incident**    2/3/25 / 7:00 PM

**Date/ Time of Incident**

TO: Institutional Ombudsman

(You must address your issue to institutional staff or an institutional department)    (copy 1 of 2)

In the space provided explain your issue (be specific):

I Just received back the Regular Grievance I submitted on 2/1/25 as well as the Written complaint that was Attached. The Intake Decision says it was returned because I did not identify how I was personally affected. I specifically stated "Leaving me in this condition for such an elongated period has caused me a lot of pain". Also you wrote "you have not submitted any complaint before this one" but WRSP-25-WRI-0056 was attached and is pertaining to the exact same issue. Submitted again today on

Inmate Signature: JBraxton    Date: 2/3/25

Sgt. Body Camera at    **Inmates - Do Not Write Below This Line**    8:00PM. Sorry for the confusion.

| Date Received: 2-4-25 | Response Due: 2-19-25 | Log Number: WRSP-25-WRI-00777 |
|---|---|---|

Assigned to: Grievance

**Action Taken/Response:**

You claim to have had this issue since arriving at WRSP which was 9/11/24 yet you have submitted zero medical complaints and WRSP-25-WRI-0056? was the first written complaint you submitted. Medical saw you on 1/28/25 and treated your issue. Therefore your Regular Grievance was returned for not being personally affected.

Respondent Signature C. Yilobrandt    Printed Name and Title    Date 2/4/25
Grievance Coordinator

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

Inmate Signature: _____    Date: _____

Staff Witness: _____    Date: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS * Exhibit E (pg.6) *    R Written Complaint 866-E3-4-24

**Written Complaint**

FEB 03 2025

JAN 27 2025

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Inmate Name: Jaqwail Braxton    Inmate Number: 1807215    Housing Assignment: B1-102

Individuals Involved in Incident: Medical    Date/Time of Incident: 1/26/25 / 10:00 AM

RECEIVED BY WRSP MEDICAL DEPT. JAN 27 2025

TO: Medical - Head Nurse
(You must address your issue to institutional staff or an institutional department)

RECEIVED GRIEVANCE DEPT.
FEB 04 2025

In the space provided explain your issue (be specific):

I have been complaining to Medical since my arrival here [about blood] being present in my urine as well as being in sever pain when I urinate. I have yet to receive proper treatment for those aforementioned conditions. Also I have been taken off of pain Meds and am currently receiving absolutely zero Medical care, even though I have written multiple Medical request forms to the Medical department concerning this. I have been in consistant pain when urinating and my urine is still bloody.

Inmate Signature: J Braxton    Date: 1/26/25

**Inmates - Do Not Write Below This Line**

Date Received: 1-27-25    Response Due: 2-11-25    Log Number: WRSP-25-WR1-00567
Assigned to: Medical

Action Taken/Response:
You were seen 1-28-25 by the Doctor for the above complaint

Respondent Signature: [signature]    Printed Name and Title: Townsend RNUB    Date: 1/29/25

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action on this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

Inmate Signature: ___    Date: ___

Staff Witness: ___    Date: ___

*Exhibit E (pg. 7)*

VIRGINIA
DEPARTMENT OF CORRECTIONS                                    Regular Grievance 866_F1_4-24
RECEIVED GRIEVANCE DEPT.                    RECEIVED GRIEVANCE DEPT.

FEB 03 2025    **Regular Grievance** FEB 04 2025    Log Number: _____

**Instructions for Filing:**

- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the date of the original incident or discovery of the incident unless a more restrictive time limit applies.
- Your *Regular Grievance* must be complete and accurate.
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake. If your grievance is rejected, you have 5 days to appeal.
- When multiple issues are submitted on the same grievance, you will only receive a response to the issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

| Braxton, Jaqwail | Received Level 2 Response | 1807218 | B1-102 |
|---|---|---|---|
| **Inmate Name (Last Name, First)** | | **Inmate Number** | **Housing Assignment** |
| Medical | FEB 14 2025 | 1/26/25  /  10:00 AM | |
| **Individuals Involved in Incident:** | Wallens Ridge State Prison | **Date/ Time of Incident** | |

**Results of the Informal Complaint Process (Select one)**

☑ *Written Complaint #* WRSP-25-WRI-00567 on this issue attached.
☐ Other documentation used to satisfy the informal complaint process is attached.
☐ Informal complaint process is not required for this issue.

FEB 1 2025

**Explain Your Issue:**   (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I complained to Medical since my Arrival at this facility about blood being in my urine and being in constant pain. The doctor told me I would be sent out as soon as possible, due to severity of situation. He told me that over 2 months ago. When I had appointment with doctor on 1/28/25 he informed me that he put it in my medical file that I needed to be sent out for further Medical Evaluation to a ~~urology~~ specialist, Someone failed to schedule my appointment — thus leaving me in this state of constant pain every time I urinate or wake up. Leaving me in this condition for such an elongated period has caused me a lot of pain that could have been thwarted.

**Suggested Remedy:** (In the space below, identify the action you would like taken.)

At this point I would Just like to know, Whoms Job it was to schedule my Appointment, why they failed to do so and what and what is the name of the medical company for which the aforementioned individual is employed.

JBraxton                                                          2/1/25
**Inmate Signature**                                           **Date**

*Exhibit E(pg.8)*

Written Complaint

MAY 2 7 2025

WALLENS RIDGE STATE PRISON

COPY

Jaqwail Braxton        1807218                              B2-219
Medical Department         RECEIVED BY        May 22,2025/ 10:00AM
                            MAY 28 2025
   Warden ZOOK              WRSP MEDICAL DEPT.

I have sent Multiple request forms asking for my Medical Records to both KMCC and WRSP medical Departments.

I need a copy of all my medical information in my charts and the computerized database (in its entirety) from the following date(s): July 1st, 2024 — May 22nd, 2025

        JBraxton                                    5/22/2025

        5-27-25        Received Date: 6-11-25    Log Number: WRSP-25-WRI-03604
        Medical

            This will be given to

Medical Records    The W/D request to pay for these records was denied due to insufficient funds. When you have the funds + would like to be charged to receive them, Write me back and state you would like to be charged for previously requested records

            Thanks    K.Hamilton    6/16/25



\*Exhibit F(pg.1)\*
Virginia Department of Corrections

~~\*Exhibit B(pg.1of2)\*~~

**Grievance Receipt Report**

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Vilbrandt, C S

Report run on 05/21/2025 at 02:02 PM

Grievance Number: <u>WRSP-25-WRI-03434</u>

Next Action Date: <u>6/5/2025 12:00:00 AM</u>

| On this date: | 05/21/2025 | | I have received a statement from: |
|---|---|---|---|
| Braxton, Jaqwail V | 1807218 | of | Wallens Ridge State Prison<br>B-2-219-T |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| I was denied my access to my shower privileges by the strike force. | | | |
| | | | |
| *(Signature)* | | | |

• No response as of today (6/30/2025)

NBraxton

Jaqwail V. Braxton

Officer Initials: _____

VIRGINIA
DEPARTMENT OF CORRECTIONS *Exhibit F(pg.2)*                    Written Complaint 866_F3_4-24

# Written Complaint

**Instructions for filing:**

- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- Your *Written Complaint* must be accurate and complete.
- Your *Written Complaint* must be received within 15 days of the date of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- If you do not receive a response within 15 days, you may file a *Regular Grievance*.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

| Inmate Name | Inmate Number | | Housing Assignment |
|---|---|---|---|
| Warden (D.Zook),Director of DOC (C.Pearson) | | May-14,2025 / 9:23 AM | |
| Individuals Involved in Incident | | Date/ Time of Incident | |

**TO:** Warden D.Zook

(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

On May 14,2025 at Approx. 9:23 AM, I was denied my access to my Shower privilages, by the Strike Force "SRT" Unit. These Officers have no form of identification, so it is forthcoming that my complaint is directed at the Warden of this facility and the Director of the Dept. Of Corrections. At the aforementioned time Strike force officers Under directive of Warden Zook and by extension Director Dotson, Violated my 8th Amendment rights by denying my hygienic requirement thus subjecting me to inhumane conditions of confinement.

| Inmate Signature: | | Date: |
|---|---|---|

**Inmates – Do Not Write Below This Line**

| Date Received: | Response Due: | Log Number: |
|---|---|---|

**Assigned to:**

**Action Taken/Response:**

| Respondent Signature | Printed Name and Title | Date |
|---|---|---|

**Withdrawal of Complaint:**

I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint there will be no further action c this issue and I will not receive a response to this complaint. I understand that I may resubmit this same issue once on a new *Written Complaint* if the original 15-day time limit has not expired.

| Inmate Signature: | Date: |
|---|---|

| Staff Witness: | Date: |
|---|---|

VIRGINIA DEPARTMENT OF CORRECTIONS                    *Revision Date: 4/11/24*

\* Exhibit F(pg.3)\*

Virginia Department of Corrections

~~\*Exhibit B (pg.2 of 2)\*~~

**Grievance Receipt Report**

DOC Location: WRSP Wallens Ridge State Prison

Report generated by Vilbrandt, C S

Report run on 05/21/2025 at 02:02 PM

Grievance Number: <u>WRSP-25-WRI-03435</u>

Next Action Date: <u>6/5/2025 12:00:00 AM</u>

| On this date: | 05/21/2025 | | I have received a statement from: |
|---|---|---|---|
| Braxton, Jaqwail V | 1807218 | of | Wallens Ridge State Prison |
| | | | B-2-219-T |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| For the second consecutive time my shower privileges were taken without reason. | | | |
| | | | |
| *(Signature)* | | | |

⊙ No response as of today (6/30/2025)

NBraxton

Jaqwail V. Braxton

Officer Initials: _____

# AFFIDAVIT  *Exhibt F(pg.4)*

I, Jaqwail VaKeith Braxton, hereby affirm the following, of which I have personal knowledge:

(1.) I am over the age of eighteen and legally competent to make this declaration. I have personal knowledge of matters stated herein and would testify that they are true if called upon to do so.

(2.) I am making this statement to set the record straight about what happened on the day of May 14,2025 at and/or around the Approximate time of 9:23AM, within the DOC facility of Wallens Ridge State Prison (B-building, pod 2).

(3.) On the day of May, 14,2025 at Approx. 9:23AM, Under the directive of WRSP Warden David Zook and by extention Director of the Dept. of Corr. Chadwick Dotson, the Regions Strike Force "SRT" Unit was dispatched into B-building (2 pod) to conduct "Showers", at which point I and my cellmate were both denied access to, thus denying my right to proper hygenic conditions and humane conditions.

pg. 1 of 3

*Exhibit F (Pg.5)*

(4.) I asked the SRT officers "Why they were denying me my shower privilages". Do to these officers wearing No I.D tags, for the sake of this Affidavit they will be Identified as Officer(s) A, B and Lt.C.— after being asked the aforementioned by myself, Officer A (whom I know to be Corr.Officer Roberts, officer of Keen Mountain Corr. Center) stated "because you ratted on Casey" (implying the situation surrounding ongoing Civil Action No. 7:25-CV-00071, involving Officer A's friend and co-worker Dustin Casey). I then asked Officer B "may you please get the door open so I can take my shower" to which he said "you heard the man, you aint getting no shower". After this conversation moments later after my repeated request to speak to an Supervising officer Lt. C told me that my shower privilages have been confiscated", a statement to which he gave me no further elaboration. Also it should be duly noted that throughout this entire ordeal I continuously requested (by projecting through the door from the time they entered until the time they exited) that they activate their body worn cameras. Not one SRT officer complied with this request.

Pg.2 of 3

*Exhibit F(pg. 6)*

(5.) Under the directive and/or authority of Institutional Warden David Zook and VADOC Director Chadwick Dotson, my 8th Amendment [and 14th] rights were violated, by agents (officers) acting in their individual and official capacity, under the banner/seal of The Department of Corrections.

(6.) Upon denial of my Shower time, this Departments (VADOC) officials denied me my right to humane conditions while being confined within its prison. *See: Farmer v. Brennan, 511 U.S. 825, 837, 114 S.Ct. 1970, 1979, 128 L.Ed. 2d. 811, 825 (1994).

(7.) I affirm and declare under the penalty of perjury that the aforementioned is true and correct to the best of my knowledge.

Sincerely,
Jaqwail Braxton
Jaqwail V. Braxton

Deja Stallard 5-16-25

To: Whom it may concern
Date: 6/30/2025

Pg. 3 of 3

\* Exhibit G (pg.1) \*
~~\* Exhibit F (pg.7) \*~~
~~\* Exhibit G (pg.14) \*~~

May 28, 2025

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Jaqwail V. Braxton,
Plaintiff,
V.
Dustin Casey et al.,
Defendant(s)

Civil Action No.
7:25-CV-00071
Jury Trial Demanded

## DECLARATION OF JAQWAIL V. BRAXTON

Jaqwail VaKeith Braxton hereby declares:

(1.) I am the Plaintiff in Civil Action No. 7:25-CV-00071, and I have been subjected to ongoing abuse, harassment, provocation and constant threats of physical harm, by Officer(s) and/or Staff employed by the Department of Corrections Western Region. These actions are ongoing and began on the day of July 21, 2024 after I was viciously assulted by the defendant(s) Dustin Casey and M. Blankenship at

(Pg. 1 of 3 )

*Exhibit G (pg. 2)*
~~*Exhibit F (pg. 8)*~~
~~*Exhibit C (pg. 1)*~~

Keen Mountain Correctional Center.

(2.) When I attended my Internal
Classification Authority / "MDT" Hearing
after being charged with an institutional
Charge due to the July 21, 2024 incident,
I alerted Unit Manager Charles Dye of
my ongoing harassment and threats against
my life by Officer(s) and/or Staff. I told
Unit manager Dye and the "MDT" attendees
that I feared for my life and that I
did not think it would be Safe for me to
Stay in the Western Region due to officer(s)
and/or Staff in this [Western] Region being
Such a close, tightknit, Community of peers.
My concerns were ignored and I was
deliberately Sent through fraudulent affairs
to Wallens Ridge State Prison, a facility
facility within the Western Region of the
Department of Corrections, Known for
Carrying out Vicious Assults upon inmates.
~~(See Plaintiff's Exibit C)(Attached).~~

(3.) I am still in Constant fear of
(Pg. 2 of 3)

*Exhibit G (Pg.3)*

~~*Exhibit F (pg. 9)*~~

~~*Exhibit CE Part 1]*~~

retaliatory actions, and I fear that if
the Court does not Sign/GRANT my
requested PRELIMINARY INJUNCTION
& TEMPORARY RESTRAINING ORDER, I
WILL be physically harmed again or
even worse, I may be KILLED this time.

I declare under the penalty of perJury
that the foregoing is true and correct.
Executed at Big Stone Gap,VA on May 28,2025.

Respectfully Submitted,

By: Jaqwail Braxton
    Jaqwail VaKeith Braxton
    Plaintiff

Date: May 28,2025

(Pg. 3 of 3)

July 1, 2025                    *Exhibit H (pg.1)*

## BRIEF IN SUPPORT OF 42 U.S.C. §1983

(1.) Comes now the Claimant-At-Law/Real InJuried Party/Plaintiff, Jaqwail VaKeith Braxton (#1807218), Pro Se, Before this Honorable Court Seeking relief(s) of $5,000,000 from the tortuous acts of Defendants ~~Du~~ Correctional Officer Dustin Casey, et al., in the forthComing and/or above Styled Case presenting this Brief In Support of 42 U.S.C. §1983 Civil Action No. 7:25-CV-00071.

## ARGUMENT AND CASE LAW

(2.) As the U.S. Supreme Court has stated in previous Cases before it Concerning prisoners and prison Conditions, "There is no Iron Curtain drawn between the Constitution and the prisoners of this country; and that prisoners do not lose all of the fundamental rights of American like speech, religious freedom, and freedom from unreasonable Searches and Seizures." * See: Wolf v. McDonnell, 418 U.S. 539 (1974).

(3.) Plaintiff asserts the following in regards to claim #8 of ~~Claim #8 of~~ 42 U.S.C §1983; (and Claim #4);
(I.) A Serious medical need exists if the failure
~~(pg. 2)~~ (pg. 1 of 5 )

*Exhibit H (pg.2)*

to treat the need could result in further significant Injury or unnecessary and wanton infliction of pain. * See: Carnell v. Grimm, 872 F. Supp. 746, 755 (D. Haw. 1994), *See Plaintiffs Exhibits B and E. (II.) ~~As stated in court,~~ Also the courts stated that the delay in medical care for a condition that is "painful in nature" is actionable. * See: Moreland v. Wharton, 899 F.2d 1168, 1170 (11th Cir. 1989) also *See: Johnson-El v. Schoemehl, 878 F.2d 1043, 1055 (8th Cir. 1989).

(4.) Suit of Defendant Dotson is appropriate as he is the "Director" of the Virginia Department of Corrections and is legally obligated and authorized per Code of Virginia § 53.1(A) and Code of Virginia § 53 1-10 which outlines the Powers and Duties of the Director of the Virginia Department of Corrections, (Hereinafter, VADOC) to provide inmates with medical care and treatment. Sections 5(A) and (B) specifically authorize the Defendant Dotson, who is also principal and Trustee, to enter into all contracts necessary or incidental to the performance of the "Departments Duties".

(5.) Defendant Dotson(s) 'Breach of Duty' occured when he failed to ensure that the Plaintiff received proper and necessary quality healthcare from a quality health

(pg. 2 of 5 )

*Exhibit H (pg. 3)*

professional on and after 'October 1, 2024' when I submited urine to be analyzed by a lab, then after submitting multiple complaints and requests to the Wallens Ridge State Prison Medical Department I was finally seen by Defendants Benny Mullins told me that he knew about this issue and that he had over ~~a two months ago~~ two months ago put it in my Medical Charts for me to be scheduled for an appointment to see an outside specialist Immediately, So I remained in Constant pain for the duration of that time (due to not being put back on pain medicine, even though I have requested some on multiple occasions) and the Defendant ~~for~~ Doctor Mullins and Medical Department failed to schedule my appointment. Also I have requested all my medical records pertaining to this incident to no avail. *See; Plaintiffs Exhibit E.

(6.) Plaintiff asserts that Defendants: Casey, Blankenship, Boyd, Dye, Fields, Harrick, Dotson, Mullins, Yates, Elswick, Roberts and Zook; have each violated the plaintiffs Constitutional Rights and are each being Sued in their Individual And Official ~~com~~ Capacity.

(pg. 3 of 5)

* Exhibit H (pg. 4) *

(7.) Defendant Doctor Benny Mullins was deliberately Indifferent in reffering Plaintiff to the proper Outside Specialist necessary to obtain a proper diagnosis and treatment. *See: Exhibit E.

(8.) As stated in opening arguements, Prisoners ~~are~~ Who are denied adequate medical care in State or local institutions may use 42 U.S.C §1983 to sue Prison medical Care providers, including private Contractors. * See: West V. Atkins, 487 U.S. 42, 108 S.Ct. 2250 (1988).

(9.) Also, Prison officials are held accountable, under 8th Amendment, for denying an inmate humane Conditions of Confinement Knowing it Can cause an excessive ~~rist~~ risk to inmate health or Safety. * See: Farmer V. Brennan, 511 U.S. 825, 837, 114 S.Ct. 1970, 1979, 128 L.Ed. 2d. 811, 825 (1994); This 8th Amendment right was Violated by Defendant(s) Dotson, Roberts, zook, and Holloway and have Caused Plaintiff ongoing physical, Mental and Emotional damages. *See: Plaintiffs Exhibits B and F.; See also Claims # 4 and 9.

(10.) Note that the assault on an incarcerated person by prison gaurds. resulting in a cracked dental plate and minor bruises and swelling was enough

(pg. 4 of 5)

*Exhibit H (pg. 5)*

harm to Constitute a Valid 8th Amendment Claim, *See: Hudson V. McMillian, 503 U.S. 1, 10-11, 112 S.Ct. 995, 1000-1001, 117 L. Ed. 2d. 156, 168-169 (1992).*See also: Claims #1-3; also *See: Plaintiff Exhibit A.

(11.) Plaintiff asserts that this is the case and that Civil action against Defendants: David Zook, Dustin Casey, Lt. M. Blankenship, Sargent Boyd, Charles Dye, Larry Fields, Steve Harrick, Chadwick Dotson, Benny Mullins, Officer Roberts, Officer Elswick and Officer Yates as Individuals and in their Official Capacity is appropriate as they are all contractually and legally Obligated to act and/or Know if inaction is a possibility.

(12.) Furthermore as Trustee of Plaintiffs Trust, defendants are guilty of 'dereliction of duty' and deliberate indifference to plaintiffs medical needs. *See: Canada V. Roundtree, U.S. App. LEXIS 60906.

Sincerely Submitted,
Jaqwail Braxton
Jaqwail Vakeith Braxton #1807218,
Plaintiff, Pro Se

Date: July 1, 2025

(pg. 5 of 5)

IN THE UNITED STATES District Court

Western District of Virginia

Roanoke Division

*[Exhibit I (pg.1)]*

Jaqwail V. Braxton
Plaintiff,

V.

Dustin, Casey, et al,
Defendant(s)

Civil Action No.
7:25-cv-00071

Jury Trial Demanded

"AMENDED COMPLAINT [CONTINUED]"
Verified Complaint For Damages and
Injunction Relief/Argument and Case law

I. INTRODUCTION,

      This is a 1983 filed by Plaintiff
Jaqwail V. Braxton, A State prisoner
alleging violation of his Constitutional
protected rights to be free from Excessive
force and deliberate Indifference of the
EIGHTH AMENDMENT OF The United States
Constitution, Freedom from cruel and
unusal punishment Seeking compensentory
and punitive damages And a State
tort claim of Assault and Battery [1 of 5]
under Virginia Constitution.

*Exhibit I (pg.2)*

## SEEKING DAMAGES

### II. JURISDICTION.

This court has Jurisdiction over the plaintiffs claim of violation of violations of Federal Constitutional Rights Under 42 U.S.C 1981, 1983, 331(1) and 1343.

### III.

The court has supplemental Jurisdiction over the Plaintiffs State law tort claims under 28 U.S.C 1367.

### IV. Parties:

Plaintiff, pro se, Jaqwail Vakeith Braxton at all times relevant to this "AMENDED" Complaint was a ward housed at Keen Mountain Correctional Center and Wallens Ridge State Prison.

Defendants: Dustin Casey, Lt. M. Blankenship, Sargent Boyd Charles Dye, Larry Fields, Steve Harrick, Doctor Benny Mullins, Officer Roberts, Officer Elswick, Officer Yates, David Zook and Director Chadwick Dotson; all were employeed by the Virginia Department of Corrections and acted "under the color of state law" at the time plaintiffs constitutional Rights were violated and is henceforth being sued in their Individual and Official Capacity.

### V. Factual Statement.

Plaintiff was a state prisoner at Keen                    [pg. 2 of 5]

*Exhibit I (pg.3)*

Mountain Correctional Center When Officers Casey, Blankenship, Elswick and Yates brutally assaulted and used a Canine as a deadly weapon against plaintiff causing severe ongoing ~~physically~~ physical, Mental and Emotional damages. * See: Civil Action No. 7:25-CV-00071, Amended Complaint, Claims #1-3. Plaintiff was also in Keen Mountain Correctional Center When Sargent Boyd [Corr. Officer] Violated his rights * See: Amended Complaint, Claim #4. Plaintiff was a State Prisoner in Wallens Ridge State Prison When his rights were violated by defendants; ZOOK, Mullins, Harrick, Roberts, and Dotson. *See: Claims #7-9, of Plaintiffs Amended Complaint. Plaintiff was ~~as~~ a State Prisoner at Keen Mountain Corr. Cntr. When Defendants Dye and Field deliberately violated his due process and violated "DOC" policy. *See: Amended Complaint Claims #5-6.

## VI   CLAIM FOR RELIEF

Defendants deprived plaintiff of his liberty without Due Process of the law and exposed plaintiff to cruel and unusual punishment, In violation of his Eight Amendment and Fourteenth Amendment Rights of the U.S. Constitution. As a result Plaintiff suffered lasting physical pain, as well as Mental and emotional damages (all ongoing damages).

[pg.3 of 5]

*[Exhibit I (pg.4)]*

VII.

~~Claim Two~~

Loss of Liberty

Defendants deprived plaintiff of his liberty in violation of plaintiff Fourteenth Amendment rights.

VIII.

~~Claim Three~~

Deliberate INDifference

Defendants deprived plaintiff of his rights to be free from Deliberate indifference to his ~~his~~ health and safety. Defendants had personal knowledge of Assault upon plaintiff/subjected plaintiff to lasting physical pain in violation of plaintiffs Eight Amendment Rights

VIIII ✳ RELIEF REQUESTED

Wherefore Plaintiff request the Courts grant him the following reliefs;

A. Afford plaintiff Counsel to assist him in proceeding due to his mental health status.

[4 of 5]

*[Exhibit I (pg.5)]*

B. Award compensatory damages for Plaintiff loss of liberty, Physical lasting pain and suffering and punitive damages against each defendant.

C. Grant Plaintiff with any other relief the Courts DEEM appropreate.

D. Award Plaintiff compensatory and punitive damages for it's state tort claims in the Amount of $ 5000,000 Jointly and Severally each Defendant.

Pursuant to 28 u.s.c. 1746 I declare under Penalty of Perjury that the foregoing is true and correct.

_Jaqwail V. Brayton

Jaqwail Braxton

SIGNATURE

~~DATE    MAY    15th    ,2025~~

Date: July 30, 2025

[5 of 5]

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Award Compensatory damages for Plaintiffs loss of liberty, Physical [ongoing] pain and Suffering.
Award Compensatory ~~and~~ damages of $5,000,000 Joint and Severally each.

**G.** If this case goes to trial, do you request a trial by jury?    Yes _X_    No _____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: July 1, 2025    SIGNATURE: Jaqwail Braxton

VERIFICATION:
I, Jaqwail VaKeith Braxton, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: July 1, 2025    SIGNATURE: Jaqwail Braxton

Updated 5/2024

*[Exhibit J (pg.1)]*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

Jaqwail Vakeith Braxton,                    Civil Action No. 7:25-cv-00071
Plaintiff.

V.

CORRECTIONAL OFFICER

DUSTIN CASEY, et al.,
Defendants

## MEMORANDUM IN SUPPORT OF AMENDED COMPLAINT

Plaintiff, Jaqwail Vakeith Braxton #1807218, pro se, respectfully submits the

following Memorandum in Support of Plaintiffs Amended Complaint.

Plaintiff Jaqwail Vakeith Braxton, is a pro se plaintiff who is

currently incarcerated within the Virginia Department of Corrections

("VADOC"). Plaintiff has filed this suit under 42 U.S.C § 1983

alleging the following claims:

Claim #1: Defendants Blankenship, Elswick and Yates

Violated Plaintiffs Fourteenth Amendment Due Process and Eight

Amendment Freedom from Cruel and unusual punishment

(pg.1 of 5)

*[Exhibit J (pg.2)]*

Rights by assulting plaintiff and using excessive force when they grabbed plaintiff and slammed him against the wall, On July 21, 2024.

Claim #2: Defendants Casey, Blankenship, Elswick and yates Violated Plaintiffs Fourteenth Amendment Due Process Right and Eight Amendment Rights to be free from cruel and unusual punishment, when they all as one collective group (1)restrained plaintiff un Justly, (2) held plaintiff up against the wall making it impossible to lay down, (3) unJustly dispatched a canine on plaintiff multiple times, and (4) repeatedly punched plaintiff in the face and testicals, each aforementioned Defendant played a pivital in this groups attack on plaintiff On July 21, 2024.

Claim #3: Elaborates the extent of damages inflicted on plaintiff due to Claims #1-2.

Claim #4: Defendant Boyd Violated plaintiffs Eight Amendment Right to be free from deliberate indifference when he forced plaintiff to be housed in an inhumane and unsanitary cell with fresh open wounds from multiple dog bites without affording opprotunity to clean the cell or relocate.

Claim #5: Defendant Dye Violated plaintiffs Fourteenth Amendment Due Process Rights when he deliberately violated "VADOC" policy so he could ensure plaintiff was sent to a maximum security facility as retaliation for plaintiffs involvement in the insident surrounding Claims #1-3.

Claim #6: Defendant Fields Violated plaintiffs Fourteenth Amendment Due Process Rights when he deliberately Violated "VADOC" policy so he could ensure plaintiff was sent to a maximum

(pg. 2 of 5)

*[Exhibit J (pg.3)]*

Security facility as retaliation for plaintiffs involvement in the incident ~~surrounding~~ surrounding Claims #1-3.

Claim #7: Defendants Harrick and Dotson violated plaintiffs Fourteenth Amendment and Eight Amendment Right to be free from deliberate indifference when they ignored plaintiffs continuous attempts to receive proper Mental Health Treatment, this is an ongoing issue and plaintiff still has not received adequate Mental Health Treatment.

Claim #8: Defendants Mullins and Dotson violated plaintiffs Fourteenth Amendment Right to Due Process and Eight Amendment Right to be free from deliberate indifference when "VADOC" Wallens Ridge State Prison Medical Department and Doctor Mullins found out that plaintiff was urinating blood and in severe pain and even though plaintiff consistently complained of severe pain and urinating blood plaintiff was never provided proper medical treatment and was taken of pain medication even though he needed it, still as of today [7/1/2025] plaintiff has not been put on pain medication even though he continuously is requesting pain medication due to severe pain.

Claim #9 - Defendants Roberts and Zook violated plaintiffs Fourteenth Amendment Right to due process and his right to equal

(pg. 3 of 5)

*[Exhibit J (pg·3)]*

protection (also Fourteenth), when the "VADOC" "Regional Strike Force" and its agents Including Defendant Roberts acted in direct retaliation against the plaintiff by Consistently denying his Eight Amendment Right to humane Conditions by revoking his shower privileges soley for the purpose of harrassment and retaliation ~~becaused~~ because the plaintiff invoked ~~his right~~ the Judicial Process, plaintiff asserts this action(s) is in direct Violation of the equal protection Clause of his Fourteenth Amendment Right to Judicial Access.

## CONCLUSION

FOR the foregoing reasons, Plaintiff respectfully Submits to this Honorable Court his Civil Action No. 7:25-CV-00071 AMENDED COMPLAINT on this day of July 1, 2025.

Respectfully Submitted,

Jaqwaal Braxton

Jaqwaal Vakeith Braxton #1807218,

Plaintiff, Pro Se.

(pg. 4 of 5)

*[Exhibit J (pg.5)]*

## CERTIFICATE OF SERVICE

I hereby certify that on the day of July 1, ~~2024~~ 2025, I have mailed via United States Postal Service the foregoing 'Memorandum In Support of Plaintiffs AMENDED COMPLAINT' to the Clerk of Court, at the following address:

United States District Court

Office of The Clerk

210 Franklin Road, RM.540

ROANOKE, VA 24011

By: Jaqwail Braxton

    Jaqwail VaKeith Braxton #1807218,

    Plaintiff, Pro Se.

Mailing Address:

Jaqwail VaKeith Braxton #1807218

  VDOC Centralized Mail Dist. Cntr.

  3521 Woods Way

  State Farm, VA 23160

(pg. 5 of 5)